## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| LOREN MARUNA, | CIVIL NO. 11-3323 (RHK/SER) |
| Plaintiff, | |
| v. | |
| DELANORE, KEMPER & A & ASSOCIATES, LLC, | **ORDER FOR DISMISSAL** |
| Defendant. | |

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 4) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 4, 2012

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge